DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. PEARSON

No. 88 PC.

Case below: 27 N.C. App. 83.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 December 1975.

STATE v. RESPASS

No. 111.

Case below: 27 N.C. App. 137.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 December 1975.

STATE v. WATKINS

No. 121 PC.

Case below: 27 N.C. App. 171.

Appeal dismissed ex mero motu for lack of substantial constitutional question 17 December 1975.

STATE v. WRIGHT

No. 112 PC.

Case below: 27 N.C. App. 263.

Petition for discretionary review under G.S. 7A-31 denied 17 December 1975.

STRANGE v. SINK

No. 95 PC.

Case below: 27 N.C. App. 113.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975.